■ In the Matter of ALUMINIO DEL CARONI, S. A., Appellant-Respondent, v CARGILL METALS, Respondent-Appellant.— Order, Supreme Court, New York County (Burton Sherman, J.), entered on April 5, 1991, unanimously affirmed for the reasons stated by Burton Sherman, J., without costs. No opinion. Concur—Carro, J. P., Milonas, Ellerin, Ross and Asch, JJ.